NOVEMBER 22, 1972

No. 71–1586. WOOD *v.* GOODSON, JUDGE. Cir. Ct. Ark., Miller County. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

NOVEMBER 27, 1972

No. 72–536. THIRD BREVOORT CORP. *v.* BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK ET AL. Ct. App. N. Y. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

DECEMBER 1, 1972

No. A–555. ADAMS *v.* MAYLIN. Sup. Ct. La. Application for stay of execution and enforcement of judgment presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS would grant the application.

DECEMBER 4, 1972

No. 71–6658. ANDERSON ET AL. *v.* LOUISIANA. Appeal from Sup. Ct. La. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.